**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1910**

YURI J. STOYANOV,

        Plaintiff - Appellant,

        v.

CHARLES BEHRLE, Individually and in his Official Capacity as
the Head of the Carderock Division; GARY M. JEBSEN,
Individually and in his Official Capacity as the Head of
Code 70; KEVIN M. WILSON, Individually and in his Official
Capacity as the Head of Code 74; BRUCE CROCK, Individually
and in his Official Capacity as the Head of Code 743; DAVID
CARON, Individually and in his Official Capacity as
Assistant Counsel Code 39; CATHERINE KISSMEIER, Individually
and in her Official Capacity as Counsel Code 40; GARTH
JENSEN, Individually and in his Official Capacity as Deputy
Head Code 70; MARY (CATHY) FOWLER, Individually and in her
Official Capacity as Administrative Officer Code 70; KENNETH
FORMAN, Individually and in his Official Capacity as Head of
Code 73; KENNETH GOLDMAN, Individually and in his Official
Capacity as Head of Code 71; ARCHER MACY, Individually and
in His Official Capacity as the Head of Naval Surface
Warfare Center; RAY MABUS,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Deborah K. Chasanow, Senior District
Judge.  (1:07-cv-01985-DKC)

Submitted:  November 22, 2016     Decided:  November 29, 2016

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Yuri J. Stoyanov, Appellant Pro Se.  Allen F. Loucks, Assistant
United States Attorney, Baltimore, Maryland, for Appellees

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yuri J. Stoyanov appeals the district court's orders entered after the district court dismissed Stoyanov's claims against Defendants, including claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012), and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 to 634 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See Stoyanov v. Behrle, No. 1:07-cv-01985-DKC (D. Md. Aug. 26, 2015 & June 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED